May 31, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CHARLES RAY STEVENSON, Appellant

NO. 14-12-00356-CV                      V.

TANGALAR STEVENSON, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 28, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by CHARLES RAY STEVENSON.

We further order this decision certified below for observance.